UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

**KAREN HILLMAN, et al.,**

    *Plaintiffs*,

v.

**AMAZON.COM SERVICES LLC,**

    *Defendant*.

Civil No. 24-2721 SAG

## ORDER

For the reasons stated in the corresponding opinion, the Court:

1. **GRANTS** Amazon.com Services LLC's motion to dismiss, ECF 13;

2. **DISMISSES** Plaintiffs' complaint, ECF 6, without prejudice; and

3. **DIRECTS** the Clerk of Court to **CLOSE** this case, subject to reopening should Plaintiffs seek leave to amend their complaint in this Court.

June 2, 2025

/s/
**STEPHANIE A. GALLAGHER**
**UNITED STATES DISTRICT JUDGE**